692 A.2d 139

**Stephen B. BATOFF, Ph.D., Appellant**

v.

**COMMONWEALTH of Pennsylvania, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS,**
**State Board of Psychology, Appellees.**

**No. 101 Middle District Appeal Docket 1993.**

Supreme Court of Pennsylvania.

Dec. 27, 1994.

***ORDER***

PER CURIAM.

Affirmed.

MONTEMURO, J., is sitting by designation.